# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-25 (MTT) |
| | ) |
| KENNETH SCOTT QUEEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 17. The defendant was indicted on May 10, 2022, and had his arraignment in this Court on June 14, 2022. Docs. 1; 11. No prior continuances have been granted. The government now moves the Court to continue this case to the next trial term to provide additional time for the defendant and his counsel to receive and review discovery, prepare an effective defense, fully prepare for trial and discuss a possible resolution with counsel for the government. Doc. 17 at 2. The defendant does not oppose the motion. *Id* at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 17) is **GRANTED**. The case is continued from the July term until the Court's trial term presently scheduled for **September 19, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 17th day of June, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT